AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 2 5 2008

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

United States of America )
v. )
Clarence Edward Trent, Jr. (aka, Clarence Edward Hoges, Jr.) )   Case No: 4:97CR70004-001
) USM No: 24925-013
Date of Previous Judgment: May 8, 2003 )
(Use Date of Last Amended Judgment if Applicable)   Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __300__ months **is reduced to** __252__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 240 to 262 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __5/8/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-25-08

Effective Date: ~~3/3/08~~ 4-7-08
(if different from order date)

Judge's signature

Jackson Kiser, Senior United States District Judge
Printed name and title