# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 25 2008

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Clarence Edward Trent, Jr. (aka, Clarence Edward Hoges, Jr.) ) | Case No: 4:97CR70004-001 |
| ) | USM No: 24925-013 |
| Date of Previous Judgment: May 8, 2003 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __300__ months **is reduced to** __252__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 240 to 262 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __5/8/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-25-08

Effective Date: ~~3/3/08~~ 4-7-08
(if different from order date)

Judge's signature

Jackson Kiser, Senior United States District Judge
Printed name and title